UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 19056
   CARY E DOWAT

                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-2925

--------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/16/07 and confirmed on 01/02/08.

   2.  The case was converted to Chapter 7 after confirmation, 03/16/2009.

   3.  The Debtor paid a total of $  12300.00 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 12752.36 | .00 | 7622.26 |
| WELLS FARGO OPERATIONS C | SECURED | .00 | .00 | .00 |
| WELLS FARGO OPERATIONS C | MORTGAGE ARRE | 1344.29 | .00 | 803.49 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1085.27 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8117.19 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 121.51 | .00 | .00 |
| FCNB MASTERTRUST | UNSECURED | 5222.15 | .00 | .00 |
| WELTMAN WEINBERG & REIS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2365.19 | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 6272.07 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 335.79 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 421.47 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7911.62 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 719.55 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1043.68 | .00 | .00 |

            Summary of disbursements:
--------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14096.65 | 335.79 | 33279.70 | .00 | 47712.14 |
| PRINCIPAL PAID | 8425.75 | .00 | .00 | .00 | 8425.75 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 8425.75 | .00 | .00 | .00 | 8425.75 |

The Debtor's attorney, JON N DOWAT                , was allowed $  3500.00
and was paid $   300.00  direct and $  3200.00  through the plan.

The Trustee received $   674.25 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/31/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 07 B 19056 CARY E DOWAT